**175 BENSON vs. CIRCUIT JUDGE** (Gratiot), No. 12057.

To compel respondent to dismiss appeal from Justice Court.

Granted July 1, 1891, with costs.

The judgment was rendered in November, 1889. The appeal was taken, but no return was made until February, 1891.